IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COVENANT REALTY**,<br><br>    Plaintiff,<br><br>    v.<br><br>**WESTMINSTER AMERICAN INSURANCE COMPANY**,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 2:20-cv-00301-KSM |

## ORDER

**AND NOW**, this 26th day of October, 2021, after considering Defendant's Motion for Summary Judgment (Doc. No. 19), Plaintiff's opposition brief (Doc. No. 21), and Defendant's reply brief (Doc. No. 22), and following oral argument on October 14, 2021, it is **ORDERED** as follows:

1. Defendant's motion for summary judgment on the breach of contract claim is **GRANTED in PART** and **DENIED in PART**. Judgment is **GRANTED** as to the Policy's windstorm exception and **DENIED** as to whether the additional coverage for collapse applies.

2. Defendant's motion for summary judgment on the bad faith claim is **GRANTED**. **IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.